772

No. 265. SWICK *v.* GLENN L. MARTIN CO. Certiorari denied. *Jacob W. Friedman* for petitioner. *William L. Marbury* for respondent.

No. 271. SMITH *v.* GEORGIA. Certiorari denied. *George G. Finch* and *G. Seals Aiken* for petitioner. Reported below: 74 Ga. App. 777, 41 S. E. 2d 541.

No. 272. KIRBY ET AL. *v.* HOUSTON OIL CO. ET AL. Certiorari denied. *William D. Gordon* for petitioners. *William Hamlet Blades* for respondents.

No. 273. SOUTH TEXAS COMMERCIAL NATIONAL BANK *v.* COMMISSIONER OF INTERNAL REVENUE. Certiorari denied. *Homer L. Bruce* for petitioner. *Solicitor General Perlman, Sewall Key* and *Helen Goodner* for respondent.

No. 274. FREDERICK *v.* FIRST LIQUIDATING CORP. ET AL. Certiorari denied. *Don Mahone Harlan* for petitioner. *Henry I. Armstrong, Jr.* for respondents.

No. 277. BERNSTEIN *v.* VAN HEYGHEN FRÈRES SOCIÉTÉ ANONYME. Certiorari denied. *William S. Bennet, Victor House* and *Earl G. Harrison* for petitioner. *Louis Connick* for respondent. *William Maslow, Shad Polier* and *Joseph B. Robison* filed a brief for the American Jewish Congress, as *amicus curiae,* in support of the petition.